# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cv-0516-MMD-RJJ |
| vs. | |
| BENYAM TEWOLDE, *et al*., | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 3, 2012, and December 3, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  31st  day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge