UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENYAM TEWOLDE, YORDANOS KINDAN, KORAGGIO, LLC,<br>(dba Instant Tax Service),<br><br>Defendants. | Case No. 2:12-cv-00516-MMD-RJJ<br><br>ORDER<br><br>(Motion for Approval of Stipulated Orders of Permanent Injunction as to All Defendants - dkt. no. 26) |
|---|---|

Before this Court is Plaintiff's Motion for Approval of Stipulated Orders of Permanent Injunction as to All Defendants ("Motion") (dkt. no. 26). Good cause appearing, the Motion is GRANTED. The parties shall file a stipulation and order for dismissal within fifteen (15) days.

DATED THIS 27th day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE