1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          DISTRICT OF NEVADA

8                    * * *

9    UNITED STATES OF AMERICA,          Case No. 2:12-cv-00516-MMD-RJJ

10                        Plaintiff,          ORDER

11        v.                          (Motion for Approval of Stipulated Orders
                                       of Permanent Injunction as to All
12    BENYAM TEWOLDE, YORDANOS             Defendants - dkt. no. 26)
     KINDAN, KORAGGIO, LLC,
13   (dba Instant Tax Service),

14                        Defendants.

15

16        Before this Court is Plaintiff's Motion for Approval of Stipulated Orders of

17   Permanent Injunction as to All Defendants ("Motion") (dkt. no. 26).   Good cause

18   appearing, the Motion is GRANTED.   The parties shall file a stipulation and order for

19   dismissal within fifteen (15) days.

20

21        DATED THIS  27th day of December 2012.

22

23

24                                    _____
                                       MIRANDA M. DU
25                                     UNITED STATES DISTRICT JUDGE

26

27

28