NATHAN E. CLUKEY
   (D.C. Bar No. 461535)
RUSSELL J. EDELSTEIN
   (MA Bar No. 663227)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, DC 20044
Telephone: (202) 616-9067
Facsimile: (202) 514-6770
nathan.e.clukey@usdoj.gov
*Counsel for Plaintiff*

NATHAN J. HOCHMAN
   (SBN 139137)
Bingham McCutchen LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Blvd.
Santa Monica, CA 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000
nathan.hochman@bingham.com
*Counsel for Defendants*
*Admitted pro hac vice*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BENYAM TEWOLDE, YORDANOS ) <br> KIDANE, KORAGGIO, LLC ) <br> (d/b/a Instant Tax Service), ) <br> ) <br> Defendants. ) | Civil No. 2:12-cv-00516-MMD-RJJ |

### STIPULATED ORDER FOR PERMANENT INJUNCTION AGAINST
### BENYAM TEWOLDE

Plaintiff, the United States of America, and defendant, Benyam Tewolde, stipulate and agree as follows:

9287450.1

1. The United States of America filed a Complaint for Permanent Injunction and Other Relief under 26 U.S.C. §§ 7402, 7407 and 7408 of the Internal Revenue Code ("I.R.C.") against Benyam Tewolde and others.

2. Tewolde admits that for purposes of this injunction the Court has personal jurisdiction over him pursuant to 28 U.S.C. §§ 1340 and 1345, and subject matter jurisdiction pursuant to 26 U.S.C. §§ 7402(a), 7407(a) and 7408(a).

3. Tewolde, without admitting any of the allegations in the complaint, waives the entry of findings of fact and conclusions of law and voluntarily consents to the entry of this permanent injunction without further notice and agrees to be bound by its terms.

4. Tewolde further understands and agrees that:

   a. The Stipulated Order For Permanent Injunction will be entered under Fed. R. Civ. P. 65 and will result in the entry, without further notice, of a Final Judgment in this matter;

   b. Tewolde waives the right to appeal from the Stipulated Order For Permanent Injunction;

   c. The Parties will bear their own costs, including any attorneys' fees or other expenses of this litigation;

   d. The Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the Stipulated Order For Permanent Injunction;

   e. If Tewolde violates the Injunction, he may be subject to civil and criminal sanctions for contempt of court; and

   f. The United States may conduct full post judgment discovery to monitor compliance with the Injunction.

9287450.1

g.  Entry of this Stipulated Order for Permanent Injunction resolves only this civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Tewolde from contesting his liability in any matter or proceeding.

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED** pursuant to I.R.C. §§ 7402, 7407 and 7408, that defendant Tewolde, and his representatives, agents, servants, employees, attorneys, and/or any person or entity acting in active concert or participation with him, are **PERMANENTLY ENJOINED** from directly or indirectly, by use of any means or instrumentalities:

A.  Preparing or filing, or assisting in the preparation or filing of any federal tax return, amended return, or claim for refund, for any person or entity other than himself (or his spouse, if filing a joint return);

B.  Owning, managing, or supervising any tax return preparation business, or training tax preparers in connection with any tax preparation business;

C.  Representing before the Internal Revenue Service any person or organization whose tax liabilities are under examination or investigation by the Internal Revenue Service;

D.  Engaging in conduct subject to penalty under 26 U.S.C. § 6701, including preparing or assisting in the preparation of a document related to a matter material to the internal revenue laws that includes a position the defendant knows will (if so used) result in an understatement of another person's tax liability;

E.  Organizing, promoting, providing, advising or selling business or tax services that facilitate or promote noncompliance with federal tax laws;

F.  Willfully engaging in conduct subject to penalty under any provision of the

9287450.1

Internal Revenue Code;

G. Engaging in any other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and

H. Misrepresenting any of the terms of this Stipulated Order for Permanent Injunction.

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** that the United States will be allowed full post-judgment discovery to monitor compliance with the Injunction; and

**IT IS FURTHER STIPULATED, AGREED, AND ORDERED** that the Court will retain jurisdiction over this action for purpose of implementing and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

Consented to and submitted by,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division, U.S. Department of Justice

_/s/ Nathan Clukey_
NATHAN E. CLUKEY
  (D.C. Bar No. 461535)
RUSSELL J. EDELSTEIN
  (MA Bar No. 663227)
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 616-9067
Facsimile: (202) 514-6770
nathan.e.clukey@usdoj.gov

Dated: 12-21-12

COUNSEL FOR PLAINTIFF

_/s/_
BENYAM TEWOLDE
Defendant

Dated: 12/6/12

_/s/_
NATHAN J. HOCHMAN
  (SBN 139137)
Bingham McCutchen LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Blvd.
Santa Monica, CA 90404
Telephone: (310) 907-1000
Fax: (310) 907-2000
nathan.hochman@bingham.com

William H. Brown
Law Office of William H. Brown, Ltd.
6029 South Ft. Apache Rd., Ste. 100
Las Vegas, NV 89148
(702) 385-7280
will@whbesq.com

Dated: 12/12/12

COUNSEL FOR DEFENDANTS

**IT IS SO ORDERED**

Signed this  27th  day of  December , 2012.

_/s/_
MIRANDA M. DU
United States District Judge

9287450.1