## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                    )

Plaintiff,                     )
                                    )

     v.                     )
                                    )    Civil No.  2:12-cv-00516-MMD-RJJ

BENYAM TEWOLDE, YORDANOS       )
KIDANE, KORAGGIO, LLC          )
(d/b/a Instant Tax Service),         )
                                    )

Defendants.                 )

## ORDER FOR FINAL JUDGMENT

IT IS HEREBY ORDERED, in accord with the terms of the Stipulated Orders for Permanent Injunction entered against all defendants on December 27, 2012 (Doc. Nos. 29 and 30, collectively the "Injunction Orders"), that final judgment be entered in favor of plaintiff, the United States of America.  This case shall be closed, subject to reopening if action is required by the Court to enforce the terms of the Injunction Orders.

Signed this ___15th___ day of _____January_____, 2013.

_____
MIRANDA M. DU
United States District Judge